

FILED
FEB 12 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS KEVIN HOGGE,

    Petitioner,

v.                                                      Civil Action No. **3:14CV314**

ERIC WILSON,

    Respondent.

## MEMORANDUM OPINION

Thomas Kevin Hogge, a federal inmate proceeding *pro se*, filed this petition for habeas corpus under 28 U.S.C. § 2241 (hereinafter "§ 2241 Petition," ECF No. 1) challenging the Bureau of Prisons' execution of his sentence. On January 20, 2015, the Magistrate Judge recommended that summary judgment be granted and the § 2241 Petition be denied. The Court advised Hogge that he could file objections within fourteen (14) days after the entry of the Report and Recommendation. Hogge has not responded.

"The magistrate makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court." *Estrada v. Witkowski*, 816 F. Supp. 408, 410 (D.S.C. 1993) (citing *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976)). This Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "The filing of objections to a magistrate's report enables the district judge to focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendation without conducting a de novo review. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

There being no objections, the Report and Recommendation will be ACCEPTED and ADOPTED. The Motion for Summary Judgment (ECF No. 7) will be GRANTED. Hogge's claims and the action will be DISMISSED.

An appropriate Final Order will accompany this Memorandum Opinion.

Date: 2-12-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge