

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS KEVIN HOGGE,

    Petitioner,

v.                                       Civil Action No. **3:14CV314**

ERIC WILSON,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Respondent's Motion for Summary Judgment (ECF No. 7) is GRANTED;

3. Hogge's § 2241 Petition is DENIED; and

4. Hogge's claims and the action are DISMISSED.

Should Hogge desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Hogge and counsel of record.

And it is so ORDERED.

Date: 2-12-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge